AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

**JS-6**

DANIEL RUDERMAN
*Plaintiff*
v.
ROLLS-ROYCE MOTOR CARS NA, LLC
*Defendant*

Civil Action No. 2:20-cv-04529 KS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* DANIEL RUDERMAN recover from the defendant *(name)* ROLLS-ROYCE MOTOR CARS NA, LLC the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ROLLS-ROYCE MOTOR CARS NA, LLC recover costs from the plaintiff *(name)* DANIEL RUDERMAN.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Karen Stevenson presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: June 21, 2022

CLERK OF COURT

*Gary Roberts* (signature)

*Signature of Clerk or Deputy Clerk*